**Melina E. DeSALVO**

v.

**Thomas T. DeSALVO.**

No. 79–183–A.

Supreme Court of Rhode Island.

April 17, 1980.

Asquith, Wiley & Ryan, Edward W. Moses, Providence, for petitioner.

Longolucco, Lenihan & Orsinger, F. Thomas Lenihan, Westerly, for respondent.

ORDER

The motion of petitioner Melina E. DeSalvo for summary disposition is denied. This case is remanded to the Family Court so that the trial justice can make supplementary findings of fact pursuant to the 1979 amendment to G.L. 1956 (1969 Reenactment) § 15–5–16. After said supplementary findings have been made, this case shall be returned to this court forthwith.

**FIRST NATIONAL BANK FINANCIAL CO. et al.**

v.

**NEWPORT SHOES, INC., d/b/a, et al.**

No. 78–348–Appeal.

Supreme Court of Rhode Island.

April 17, 1980.

ORDER

This case comes before the court on an order to the individual defendant Henry DeCotis to show cause why the appeal should not be dismissed. The parties appeared on April 10, 1980 and after hearing arguments of counsel we are of the opinion that cause has not been shown. Accordingly, the appeal of the individual defendant is denied and dismissed.

**In re Advisory Opinion to J. Joseph GARRAHY, Governor.**

No. 80–51–M.P.

Supreme Court of Rhode Island.

April 17, 1980.

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Sp. Asst. Atty. Gen., for plaintiff.

John A. MacFadyen III, Barbara Hurst, Asst. Public Defenders, Harris L. Berson, Providence, for amicus curiae.

ORDER

The motions of the Public Defender and Harris L. Berson for leave to file briefs as amicus curiae are granted. The attorney-general is also directed to file a brief in this case. All briefs shall be filed on or before April 28, 1980.